AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

Mark A. McArdle

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04m - 1022-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __diverse dates__ in __Suffolk and Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate, and agree with others to distribute marijuana, a Schedule I controlled substance; did knowingly and intentionally attempt to possess marijuana with intent to distribute it; did knowingly and intentionally combine, conspire, confederate, and agree with others to distribute cocaine, did knowingly and intentionally attempt to distribute cocaine; and did knowingly and intentionally distribute cocaine, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__.

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following
                                   Official Title
facts:

See Affidavit of Patrick Dorsey attached hereto and incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/10/04  _____ Massachusetts
Date                                         City and State

Judith Gail Dein
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.