UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) M.J. No. 04M-1022-JGD
)
MARK A. McARDLE )
)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-captioned case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
     MICHAEL J. PELGRO
     Assistant U.S. Attorney
     (617) 748-3246

Dated: April 6, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Charles McGinty, Esq.
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02110

This 6th day of April, 2004.

MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY