# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

United States U.S.

FOR

AT

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
| MARK A. MCARDLE | 1 ☑ Defendant—Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) | 6 ☐ Habeas Petitioner | |
| ☐ Felony | 7 ☐ 2255 Petitioner | |
| ☐ Misdemeanor | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: Key Span (w/overtime)

IF YES, how much do you earn per month? $ 95,000

IF NO, give month and year of last employment ___
How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☐ No
N/A

IF YES, how much does your Spouse earn per month? $ ___

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No

| | RECEIVED | SOURCES |

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ ___

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☐ No  IF YES, state total amount $ 4500
(escrow for real estate taxes) (wage account)

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT    VALUE $ 190,000 (equity of 100,000)    DESCRIPTION: 10 Jana Lane, Stratham, NH residence of mother and sister

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS — Total No. of Dependents

☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 600 mortgage | | $ 90,000 | $ 600 |
| 400 rent for apartment | | $ | 400 |
| 700 car lease & motorcycle payments | | $ 10,000 | 700 |
| 250 car + motorcycle insurance | | $ 10,000 | 250 |
| 250 credit cards (avg.) | | 7,000 | 250 ① |
| | | | 2200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X _____

① Plus taxes on home ($4500 annually) as well as utilities, clothing, gasoline, food, etc.